IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Michelle Marie Neises
James Robert Neises
        Debtors

Case No Bky 10-61046

Chapter 13 Case

**ORDER MODIFYING AUTOMATIC STAY**

This cause coming to be heard on the Motion of U.S. Bank National Association ND, through its attorneys Kenneth J. Johnson, of Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay of the above case is hereby modified to allow U.S. Bank National Association ND and its successors and/or its assigns, to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights in accordance with state law, with regard to the property legally described as:

    Lot One (1), Block Two (2), Sunwood Park Plat 8, Stearns County, Minnesota.

    Commonly known as: 577 Sunwood Park Drive, Waite Park, Minnesota 56387

B. Notwithstanding Federal Rules of Bankruptcy Procedure 4001 (a) (3), this Order is effective immediately.

Date: December 14, 2010                             Enter:

                                                    /e/ Dennis D. O'Brien
                                                    Judge Dennis D. O'Brien

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/14/2010*
Lori Vosejpka, Clerk, by SKM